UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES-CLIFTON BEAL,<br>Petitioner,<br>v.<br>JASON SCHULTZ,<br>Respondent. | Case No. 26-cv-01973-AMO (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On March 9, 2026, Petitioner Charles-Clifton Beal, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, representing himself. On the same day the action was filed, the Court sent a notification to Beal informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk of the Court sent Beal a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and Beal has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California